# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114.1190
TELEPHONE: +1.216.586.3939 • FACSIMILE: +1.216.579.0212

Direct Number: (216) 586-7265
kdboyce@JonesDay.com

JP527278:ksmm
599928-090001

January 25, 2016

**VIA ECF**

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Christopher Silva v. Smucker Natural Foods, Inc. and J.M. Smucker Co.*
Case No. 1:14-cv-06154-JG-RML

Your Honors:

I write on behalf of Defendants Smucker Natural Foods, Inc. and The J.M. Smucker Company in the above-referenced matter to provide a status report pursuant to Magistrate Judge Levy's January 13, 2016 order.

Since the parties submitted their respective letters to the Court on January 5 and January 11, they have continued productive discussions toward resolving the parties' disputes. At this time, the parties do not have any issues remaining for the Court to address.

I have conferred with Plaintiff's counsel over this letter and he has authorized me to advise the Court on behalf of the parties.

Should the Court have any questions, we would welcome the opportunity to respond.

Respectfully submitted,

*/s/ Kevin D. Boyce w/perm. KSMM*

Kevin D. Boyce
*Attorney for Defendants Smucker Natural Foods, Inc. and The J.M. Smucker Company*

cc: All counsel of record (via ECF)

NAI-1500788147v1

ALKHOBAR • AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID
MEXICO CITY • MIAMI • MILAN • MOSCOW • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON